# Schedulg'EE

SCHEDULE "CC"
LEGAL DESCRIPTION

Cameron County, Texas

Tract: RGV-HRL-3004    Owner: Francisco Montalvo, Jr. and    Acres: 1.3095
Jesusa B. de Rosales

DESCRIPTION FIELD NOTES FOR 1.3095 ACRES OR 57,040 SQUARE FEET OF LAND, BEING A PORTION OF A CERTAIN TRACT OF LAND CONVEYED TO FRANCISCO MONTALVO, JR. RECORDED UNDER PROBATE CAUSE NO. 11,935 FILED ON JULY 12, 1967 IN WILL BOOK "B", CAMERON COUNTY PROBATE RECORDS (C.C.P.R.), BEING THE NORTH 7.92 ACRES OUT OF BLOCK 62 OF THE AMENDED MAP OF LANDS OWNED BY SAN BENITO LAND & WATER CO., RIO GRANDE CONSTRUCTION CO. AND LOS INDIOS IRRIGATED LAND CO. SUBDIVISION, RECORDED IN VOLUME 2, PAGE 43, CAMERON COUNTY MAP RECORDS (C.C.M.R.), DESCRIBED IN DEED DATED SEPTEMBER 6, 1945 RECORDED IN VOLUME 365, PAGE 295, CAMERON COUNTY DEED RECORDS (C.C.D.R.), BEING THE SOUTH 6.5 ACRES OF SAID BLOCK 62 ORIGINALLY CONVEYED TO JESUSA B. DE ROSALES DESCRIBED IN DEED DATED MAY 18, 1912 RECORDED IN VOLUME 56, PAGE 411, C.C.D.R., LOCATED IN THE CONCEPCION DE CARRICITOS GRANT, CAMERON COUNTY, TEXAS; SAID 1.3095 ACRE TRACT BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

BEGINNING at a found 1/2 inch iron rod in concrete for the north corner of said Block 62 and the north corner of Block 63 of said Amended Map, the northeast corner of a called 37.824 acre tract of land conveyed to United States of America by deed dated August 19, 1988, recorded in Volume 564, Page 225, Cameron County Official Public Records of Real Property (C.C.O.P.R.R.P.), being on the southerly line of a called 20.00 acres of land to Har-Vest described in deed dated November 18, 1991, recorded in Volume 1770, Page 135, C.C.O.P.R.R.P., having coordinates of N = 16,540,888.67, E = 1,232,253.89, from which a found iron rod with aluminum cap for the northwest corner of said 37.824 acre tract bears South 89 degrees 27 minutes 56 seconds West, 1,233.25 feet;

THENCE, North 89 degrees 27 minutes 56 seconds East, along the northerly line of said Block 62 and the southerly line of said Har-Vest tract, a distance of 55.00 feet to a 5/8 inch iron rod with cap stamped "LCI", set, for the northeast corner of the herein described tract;

THENCE, South 00 degrees 30 minutes 52 seconds East, a distance of 1,029.00 feet, to a 5/8 inch iron rod with cap stamped "LCI", set, for the southeast corner of the herein described tract, being on the northerly line of a called 10.54 acre tract of land to Cameron County, Texas, recorded in Volume 286, Page 310, C.C.D.R.;

THENCE, South 73 degrees 03 minutes 09 seconds West, along the southerly line of said Block 62 and the northerly line of said Cameron County tract, a distance of 57.34 feet to a 5/8 inch iron rod with cap stamped "LCI", set, for the southwest corner of the herein described tract, being the south corner of said 37.824 acre tract, from which a found 5/8 inch iron rod bears North 84 degrees 41 minutes West, 1.15 feet;

THENCE, North 00 degrees 30 minutes 52 seconds West, along the east line of said Block 62 and the west line of said Block 63, a distance of 1,045.20 feet to the POINT OF BEGINNING and containing 1.3095 acres or 57,040 square feet of land.

Bearings and coordinates are referenced to the Texas Coordinate System NAD83, South Zone (4205) and referenced to Cooperative CORS Network Station JNH SURVEYING COO CORS ARP PID DG9336, having coordinates of N=16,595,192.12 & E=1,252,288.16. All coordinates and distances are U.S. Survey Foot.

Tract:  RGV-HRL-3004

SCHEDULE "CC"
LEGAL DESCRIPTION

TEMPORARY WORK AREA EASEMENT

Cameron County, Texas

Tract: RGV-HRL-3004E          Owner: Francisco Montalvo, Jr.          Acres: 2.2035

DESCRIPTION FIELD NOTES FOR 2.2035 ACRES OR 95,984 SQUARE FEET OF LAND, BEING A PORTION OF A CERTAIN TRACT OF LAND CONVEYED TO FRANCISCO MONTALVO, JR. RECORDED UNDER PROBATE CAUSE NO. 11,935 FILED ON JULY 12, 1967 IN WILL BOOK "B", CAMERON COUNTY PROBATE RECORDS (C.C.P.R.), BEING THE NORTH 7.92 ACRES OF BLOCK 62 OF THE AMENDED MAP OF LANDS OWNED BY SAN BENITO LAND & WATER CO., RIO GRANDE CONSTRUCTION CO. AND LOS INDIOS IRRIGATED LAND CO. SUBDIVISION, PLAT OF WHICH RECORDED IN VOLUME 2, PAGE 43, CAMERON COUNTY MAP RECORDS (C.C.M.R.), DESCRIBED IN DEED DATED SEPTEMBER 6, 1945 RECORDED IN VOLUME 365, PAGE 295, CAMERON COUNTY DEED RECORDS (C.C.D.R.), LOCATED IN THE CONCEPCION DE CARRICITOS GRANT, CAMERON COUNTY, TEXAS; SAID 2.2035 ACRE TRACT BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

COMMENCING at a found 1/2 inch iron rod in concrete for the north corner of said Block 62 and the north corner of Block 63 of said Amended Map and the northeast corner of a called 37.824 acre tract of land conveyed to United States of America by deed dated August 19, 1988 and recorded in Volume 564, Page 225,  Cameron County Official Public Records of Real Property (C.C.O.P.R.R.P.),  being on the southerly line of a called 20.00 acres of land to Har-Vest described in deed dated November 18, 1991, recorded in Volume 1770, Page 135, C.C.O.P.R.R.P., having coordinates of N = 16,540,888.67, E = 1,232,253.89;

THENCE, North 89 degrees 27 minutes 56 seconds East, along the northerly line of said Block 62 and the southerly line of said Har-Vest tract, a distance of 360.00 feet to a point for the POINT OF BEGINNING and the northwest corner of the herein described tract, having coordinates of N = 16,540,892.03, E = 1,232,613.88;

THENCE, North 89 degrees 27 minutes 56 seconds East, continuing along the northerly line of said Block 62 and the southerly line of said Har-Vest tract, a distance of 300.00 feet to a point for the northeast corner of the herein described tract, the northeast corner of said Block 62 and the southeast said Har-Vest tract, being on the westerly boundary line of Free Trade Commerce Center Unit One Subdivision, recorded in Cabinet 1, Slot

1176-B, C.C.M.R., from which a found 3/8 inch iron rod bears South 06 degrees 53 minutes East, 0.89 foot;

THENCE, South 00 degrees 30 minutes 52 seconds East, along the easterly line of said Block 62 and the westerly line of said Free Trade Commerce Center Unit One Subdivision, a distance of 320.00 feet to a point for the southeast corner of the herein described tract;

THENCE, South 89 degrees 29 minutes 08 seconds West for a distance of 300.00 feet to a point for the southwest corner of the herein described tract;

THENCE, North 00 degrees 30 minutes 52 seconds West for a distance of 319.90 feet to the POINT OF BEGINNING and containing 2.2035 acres or 95,984 square feet of land.

Bearings and coordinates are referenced to the Texas Coordinate System NAD83, South Zone (4205) and referenced to Cooperative CORS Network Station JNH SURVEYING COO CORS ARP PID DG9336, having coordinates of N=16,595,192.12 & E=1,252,288.16. All coordinates and distances are U.S. Survey Foot.

Tract:  RGV-HRL-3004E

# Schedule 'F F

SCHEDULE "DD"



LAND TO BE CONDEMNED

Tract:  RGV-HRL-3004
Owner:  Francisco Montalvo, Jr. and Jesusa B. de Rosales
Acres:  1.3095
Cameron County, Texas

SCHEDULE "DD" (Cont.)



LAND TO BE CONDEMNED

Tract:  RGV-HRL-3004
Owner:  Francisco Montalvo, Jr. and Jesusa B. de Rosales
Acres:  1.3095
Cameron County, Texas

SCHEDULE "DD" (Cont.)



LAND TO BE CONDEMNED

Tract: RGV-HRL-3004
Owner: Francisco Montalvo, Jr. and Jesusa B. de Rosales
Acres: 1.3095
Cameron County, Texas

SCHEDULE "DD" (Cont.)



LAND TO BE CONDEMNED

Tract:  RGV-HRL-3004
Owner:  Francisco Montalvo, Jr. and Jesusa B. de Rosales
Acres:  1.3095
Cameron County, Texas

SCHEDULE "DD" (Cont.)



LAND TO BE CONDEMNED

Tract: RGV-HRL-3004
Owner: Francisco Montalvo, Jr. and Jesusa B. de Rosales
Acres: 1.3095
Cameron County, Texas

SCHEDULE "DD"



Tract: RGV-HRL-3004E
Owner: Francisco Montalvo, Jr.
Acres: 2.2035
Cameron County, Texas

SCHEDULE "DD" (Cont.)



LAND TO BE CONDEMNED

Tract:  RGV-HRL-3004E
Owner:  Francisco Montalvo, Jr.
Acres:  2.2035
Cameron County,

# Schedule GG

SCHEDULE "GG"
NAMES AND ADDRESSES OF INTERESTED PARTIES:

Francisco Montalvo, Jr.

Chicago Heights, IL 60411

The unknown heirs of Jesusa B. de Rosales,
Address unknown

Cameron County Drainage District No. 3
(f/k/a San Benito Cameron County Drainage District No. 3)
C/O Sonia Kaniger, General Manager
1301 FM 510
P. O. Box 937
San Benito, Texas 78586

Cameron County Irrigation District No. 2
Sonia Kaniger, Manager
356 Heywood St.
P. O. Box 687
San Benito, Texas 78586