IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, § | | |
| *Plaintiff,* § | | |
| § | | |
| v. § | CASE NO. | 1:08-cv-343 |
| § | | |
| 3.51 ACRES OF LAND, MORE OR LESS, § | | |
| SITUATE IN CAMERON COUNTY, § | | |
| TEXAS; AND FRANCISCO MONTALVO, § | | |
| ET AL., § | | |
| *Defendant.* § | | |

## NOTICE OF WITHDRAW FOR THE UNITED STATES

Please take notice that the undersigned Assistant United States Attorney, Eric Paxton Warner, hereby withdraws as counsel of record and requests that he be terminated as Counsel for the United States of America on the Court's docket. Eric Paxton Warner further requests he no longer receive ECF notifications in this case. Assistant United States Attorney Megan Eyes should continue to be designated as lead counsel in this matter.

        Respectfully submitted,

        **JENNIFER B. LOWERY**
        Acting United States Attorney
        Southern District of Texas

By:   *s/ Megan Eyes*
        **MEGAN EYES**
        Assistant United States Attorney
        Southern District of Texas No. 3135118
        Florida Bar No. 0105888
        1701 W. Bus. Hwy. 83, Suite 600
        McAllen, TX 78501
        Telephone: (956) 618-8010
        Facsimile: (956) 618-8016
        E-mail: Megan.Eyes@usdoj.gov
        Attorney in Charge for Plaintiff

and

*s/ E. Paxton Warner (with permission)*
**E. PAXTON WARNER**
Assistant United States Attorney
Southern District of Texas No. 555957
Texas Bar No. 24003139
1701 W. Bus. Hwy. 83, Suite 600
McAllen, TX 78501
Telephone: (956) 618-8010
Facsimile: (956) 618-8016
E-mail: Paxton.Warner@usdoj.gov

## CERTIFICATE OF SERVICE

I, Megan Eyes, Assistant United States Attorney for the Southern District of Texas, do hereby certify that on May 4, 2021, I served the foregoing document on all counsel and *pro se* parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

By:  *s/ Megan Hoyt Eyes*
**MEGAN HOYT EYES**
Assistant United States Attorney